FINK, Respondent, v. MENKE, Appellant. (Supreme Court, Appellate Term. February 8, 1900.) Action by John Fink against Simon Menke. From a judgment for plaintiff, defendant appeals. Reargument ordered. Benedict &

Fink, for appellant. Leventritt & Brennan, for respondent.

PER CURIAM. Reargument ordered.

LEVENTRITT, J., takes no part.